LODGED                    FILED

MUNTASIR A.  SHAMSIDDEEN

2012 SEP 12  PM 1: 01        2012 SEP 25  PM 4: 13

P.O. BOX 561293            CLERK U.S. DISTRICT COURT      CLERK U.S. DISTRICT COURT
                          CENTRAL DIST. OF CALIF.         CENTRAL DIST. OF CALIF.
                          LOS ANGELES                     LOS ANGELES

LOS ANGELES, CA 90056

(310) 712 - 5449


### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

CV12-7834-JAK(SSx)

| | |
|---|---|
| MUNTASIR A. SHAMSIDDEEN, an Individual; | Case No. |
| Plaintiff, | **COMPLAINT FOR:** |
| VS. | Unlawful DEBT COLLECTION |
| GRANT & WEBER, collection Corporation; and DOES 1through 10 Inclusive, | PRACTICES |
| | FAIR CREDIT REPORTING ACT |
| DEFENDANT(S). | **Jury Trial Demanded:** Yes |


## I. COMPLAINT
## INTRODUCTION

1.  This is an action for damages brought by an individual consumer against

Defendants for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §

1692, et seq. (FDCPA) and the California Rosenthal Act, Civil Code § 1788 et

seq. ( Rosenthal Act ) both of which prohibit debt collectors from engaging in

abusive, deceptive, and unfair practices.

2.  This is an action for damages brought by an individual consumer against Defendants for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ( FCRA) which prohibits furnishers from reporting false and inaccurate information.

## II.  JURISDICTION AND VENUE

3.  This Court has jurisdiction under:  15 U.S.C. sec. 1692 k (d), 28 U.S.C. sec. 1331, and 28 U.S.C. sec. 1337. Supplemental jurisdiction exist for the state law claims pursuant to 28 U.S.C. § 1367. Venue is proper pursuant to: 28 U.S.C. § 1391(b) where that the defendant transact business here and the conduct complained of occurred here.

## III.  PARTIES

4.  Plaintiff MUNTASIR A. SHAMSIDDEEN is a natural person resided at California. Plaintiff is a consumer within the meaning of 15 U.S.C. sec. 1692 a (3), 15 U.S.C. § 1681 a (c).

5.  Defendant: GRANT & WEBER is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6); a furnisher of information within the meaning 15 U.S.C. § 1681 a (b) doing the business of collecting debts in California, operating from an address: 26575 AGOURA RD. CALABASAS, CALIFORNIA 91302, and 2893 SUNRISE BLVD., suite 210 RANCHO CORDOVA, CA 95742.

6.  Defendants are engaged in the collection of debts from consumer using the mail and telephone. Defendants regularly engaged as furnishers of consumer Transunion, Experian, Equifax credit file. Defendant regularly attempt to collect consumer debt alleged to be due to another. Defendants are "debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a (6), by the Rosenthal Act, California Civil Code 1788.2 (c)., and furnishers of information defined by the 15 U.S.C. § 1681s-2.

7.  Defendants are all entities or individuals who contributed to or participated in, or authorized the acts or conspired with the name Defendants to commit the acts and do the things complained of which caused the injuries and damages to Plaintiff as set forth below. Each of the parties, named and fictitious, acted as principal and agent, each of the other, and combined and concurred each with the other in committing the acts that injured the Plaintiff.

8.  The true names and capacities, whether individual, corporate (including officers and directors thereof), associate or otherwise of Defendant sued herein as DOES 1 thru 5, inclusive, are unknown to plaintiff, who therefore sues these Defendants by such fictitious names. Plaintiff is informed and believes, and all alleges that each Defendant designated as DOE is involved in or is in some manner responsible as a principal, beneficiary, agent, co-conspirator, joint venturer, alter ego, third party beneficiary, or otherwise, for the agreements,

transactions, events and/or acts hereinafter described, and thereby proximately caused injuries and damages to Plaintiff. Plaintiff requests that when the true names and capacities of these DOE Defendants are ascertained, they may be inserted in all subsequent proceedings, and that this action may proceed against them under their true names.

9.  Plaintiff is a "consumer " as defined by the FDCPA, 15 U.S.C. 1692a(3).

10.The purported debt that Defendants attempted to collect from Plaintiff was a "debt" as defined by the FDCPA, 15 U.S.C. § 1692a(5).

11.Plaintiff is a "debtor" as defined by the Rosenthal Act, California Civil Code 1788.2(h).

12.  The purported debt which defendants attempted to collect from Plaintiff was a "consumer debt" as defined by the Rosenthal Act, California Civil Code § 1788.2(f)

13.  Experian, Transunion, Equifax is a credit reporting agency within the meaning FCRA 15 U.S.C. § 1681a(f)

14.  Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. § 1681 a (d)

15.  FCRA 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer credit report. Such permissible purposes as defined by 15 U.S.C. § 1681b are generally if the consumer makes applications

PLAINTIFF MUNTASIR A. SHAMSIDDEEN  COMPLAINT                    4

for credit, makes application for employment, for under writing of insurance involving the consumer, or is offered a bonafied offer of credit as a result of the injury.

16. Plaintiff has never had any business dealing or any accounts with made applications for credit from, made application for employment with, applied for insurance from or received a bonafied offer of credit from the defendant .

## IV.   STATEMENT OF FACTS

17. On July 13, 2012 Plaintiff upon requested Equifax, Transunion, Experian consumer credit report; Plaintiff discovered entries by entities had no knowledge of any business relationship with named defendant in the report.

18.   On June 18, 2011 and again January 18, 2012 Defendant obtained Plaintiff consumer credit report from the 3 credit reporting bureau agencies without consent or permissible purposes in violation of the FCRA 15 U.S.C. § 1681b

19.   Defendant GRANT & WEBER prepared and issued consumer credit reports concerning plaintiff which included in accurate information acct. # 008225156... in the amount $1,000.00 in violation 15 U.S.C. sec. 1681 g (d) (2) 15 U.S.C. sec. 1692 e (10).

20.   Defendant GRANT & WEBER prepared and issued 2nd consumer credit reports concerning plaintiff  which included in accurate information acct. #

008718506… in the amount $500.00 in violation 15 U.S.C. sec. 1681 g (d)

(2) 15 U.S.C. sec. 1692 e (10).

21.   Defendant issued and re-aged plaintiff account  # 008225156, & #

008718506…by updating the date of last activity on credit reporting in hopes of

keeping negative information on plaintiff consumer credit report longer. FCRA

sec. 605 (c ) running of the reporting period. Said actions thereby damaged

Plaintiff by causing  Plaintiff credit score to decline resulting in Plaintiff having

to pay higher insurance premiums

22.   On July 17, 2012 Plaintiff sent via United States Postal Service

Certified Mail letters disputing inaccurate information to 3 credit reporting

bureau agencies. On July 27, 2012 Plaintiff sent 1st notice to GRANT &

WEBER  requesting formal debt validation upon 30 day notice to reply in

accordance with (FDCPA)15 U.S.C. sec. 1692g, 15 U.S.C. sec. 1681i, also

 informing defendant of their violations of the FCRA.

23.   In letters dated July 31, 2012., and August 1, 2012 Defendant GRANT &

WEBER responded with confirmation letters to Plaintiff certified letter dated

July 26, 2012. Defendant GRANT & WEBER requested that Plaintiff contact

their office to discuss settlement of an alleged debt in the amount of $1,000.00

hand signed by R. Mendoza dated 8/ 1, 2012, letter #2 by S. PRICE 7/31, 2012.

24.   Defendant GRANT & WEBER letter # 3 requested that Plaintiff contact their office to discuss settlement of an alleged debt in the amount of $500.00 by J. RAMOS 7/31, 2012 that Defendants claim Plaintiff owed to them.

25.   GRANT & WEBER claimed to have purchased an allegedly delinquent Olympia Medical Center account.

26.   Plaintiff did/do not believe that Plaintiff owed the alleged debt to GRANT & WEBER ; moreover Plaintiff had no way of determining whether the amount GRANT & WEBER demanded was a fair and accurate calculation of the OLYMPIA MEDICAL CENTER account.

27.   Plaintiff in a good faith effort to allow defendant GRANT & WEBER ample opportunity to validate alleged debt, and take notice of their violations of the FCRA. On August 28, 2012 Plaintiff sent second letters via certified mail upon 10 day notice response. Defendant GRANT & WEBER have been regularly reporting a collection account on Plaintiff consumer reports credit history inaccurately without validating the alleged debt  U.S. COURT OF APPEALS NINTH CIRCUIT No. 00-15946 Nelson V. CHASE MANHATTAN. Defendant violated 15 U.S.C. sec. 1692 e (2) by falsely representing the character, amount, or legal status of any debt.

28.   As a result of the acts alleged above, Plaintiff suffered increased symptoms of chronic health conditions including high blood pressure, severe stress related symptoms, including but not limited to nervousness, worry, severe unhappiness, loss of appetite, weight loss, and interference with intimate relationship.

29.   At no time did Plaintiff give his consent for GRANT & WEBER to acquire Plaintiff consumer credit report from any credit reporting agency.

30.   Discovery of violations brought forth herein occurred in June 2012 and and are within the statute of limitation, as defined in the FCRA 15 U.S.C. § 1681p; FDCPA 15 U.S.C. § 1692 k (d)

## V.  CAUSES OF ACTION

## FIRST CAUSE OF ACTION

( As against Defendant forViolations of FDCPA)

**(As against Defendant(s):** GRANT & WEBER

31.   Plaintiff re-alleges and incorporates by reference all of the foregoing paragraphs.

32. Defendants violated the FDCPA. Defendants violations include, but are not limited to, the following:

(a)  The Defendants violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which is to harass, oppress, and abuse persons in connection with the collection of the alleged debt;

(b)  The Defendant violated 15 U.S.C. § 1692e(2) by misrepresenting the legal status of the debt;

(c )  The Defendant violated 15 U.S.C. § 1692e(10) by using a false representation and deceptive means to collect or attempt to collect any debt or to obtain information regarding a consumer;

(d)  The Defendant violated 15 U.S.C. § 1692 f by using unfair or unconscionable means to collect or attempt to collect a debt;

(e)  The Defendant violated 15 U.S.C. § 1692f(1) by attempting to collect an amount not permitted by law.

33.  As a result of the above violations of the FDCPA, Defendants are liable to the Plaintiff for Plaintiff's actual damages, statutory damages, and court fees and costs Pursuant to 15 U.S.C. § 1692k

## SECOND CAUSE OF ACTION

### (As against Defendant for Violation of the Rosenthal Act)

**As against Defendant(s):** GRANT & WEBER

34. Plaintiff re-alleges and incorporates by reference all of the foregoing paragraphs.

35. Defendants violated the Rosenthal Act, by including, but not limited to, the following:

(a) the Defendant violated California Civil Code § 1788.17 by failing to comply with the FDCPA as alleged above;

(b) Defendant acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

(c) Defendant violations of the Rosenthal Act were willful and knowing. Defendants are therefore liable to Plaintiff for Plaintiff's actual damages, statutory damages, court fees and costs pursuant to California Civil Code § 1788.30.

## THIRD CAUSE OF ACTION

### (As against Defendant for violation of the FCRA)

### **As against Defendant(s):** GRANT & WEBER

36. Plaintiff re-alleges and incorporates by reference all of the foregoing paragraph.

37.   Defendant violated the FCRA, Defendant violation include, but are not limited to, the following:

(a)   The Defendant violated FCRA 15 U.S.C. § 1681b (f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. § 1681b.

(b) The Defendant is a furnisher of information within the meaning of the FCRA 15 U.S.C. § 1681s-2

(c ) Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. § 1681a (c)

38.   Plaintiff did not Initiate a firm offer of credit (loan, credit card) with defendant. Plaintiff did not Initiate firm offer of insurance with defendant. Plaintiff did not initiate employment with defendant. Defendant was not directed by a court order to pull plaintiff consumer report. Defendant is no gov't agency under USA Patriot Act reply: UNITED STATES v. McNeil 362 F.3d 570 "9th Circuit Court of Appeals"

39.   Actions on the part of defendant demonstrates a willful disregard for federal law and constitutes a blatant attempt to injure or ruin the credit rating of plaintiff since defendant has demonstrated an inability to validate the alleged debt and subsequently attempted coerce payment. 15 U.S.C sec. 1681 .

# V.   REQUEST FOR RELIEF

40. That this court grant judgement against defendant for first claim for relief 1) Actual damages determined by jury 2.) Punitive & Statutory damages 15 U.S.C. sec. 1692 d (1) 1692 f (6) Remedies 1692 k, FCRA 1681 $1,000.00 per statute 3.) legal cost and fees. 4.) Any relief as the court see fit.

41. That this court grants judgement against defendants GRANT & WEBER for: second claim for relief  1.) Actual damages to be determined by Jury  2.) Punitive and Statutory damages FCRA 15 U.S.C. sec. 1681b $1000.00 3.) court fees and cost  4.) Any relief as court see fit.

42. That this court grants judgment against GRANT & WEBER for: Third claim for relief  1.) Actual damages to be determined by jury  2.) punitive & statutory damages pursuant 15 U.S.C. sec 1681o  $1,000.00  3.) court fees and cost. 4.) Any relief as court sees fit.

Date:   9 – 12 – 12

Sign:   *Muntasir Shamsiddeen*

Print Name:   *Muntasir Shamsiddeen*

# DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint

Date:   9 – 12 – 12

Sign:   *Muntasir Shamsiddeen*

Print Name:   *Muntasir Shamsiddeen*

PLAINTIFF MUNTASIR A. SHAMSIDDEEN  COMPLAINT                    13

MUNTASIR A. SHAMSIDDEEN

P.O. BOX 561293

LOS ANGELES, CA 90056

GRANT & WEBER

26575 AGOURA RD.

CALABASAS, CA 91302

SEPTEMBER 04, 2012

**NOTICE OF PENDING LAWSUIT**

To whom it may concern,

Enclosed is a copy of the lawsuit that is being sent prior to filing suit. The case number is: ▓▓▓▓▓▓▓▓▓ an opportunity to amicably cure **GRANT & WEBER** violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b, Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692e (10) and the Rosenthal Consumer Collection Practices Act (RCCPA), CAL. STAT. §1788.

The lawsuit is being filed due to the utter lack of response from your company. When someone is the victim of consumer collection fraud, it is simply a nightmare trying to get false information removed from a credit file. I have challenged all of the false listings on my credit file. I have written to GRANT & WEBER asking for proof of GRANT & WEBER authority to use my information w/o my authorization or proof to pull my credit profile. I have fully investigated my rights in this matter, I have copies of the certified letters and dates prepared to bring to Federal Court. I have provided more than sufficient evidence to get these false inquiry/ accts. removed. Also under the Fair Credit Reporting Act the disputed items may not appear on my credit report if they cannot be supported by any evidence.

Therefore, I demand that GRANT & WEBER pay me: 1.) acct. #008225156... $3,500 check amount determined for violations, acct. # 008718506... 3,500 check amount determined for violations total – $7,000.00 2.) a letter removing GRANT & WEBER inquiries and hard accounts from my credit profile with 4 credit bureaus. If you do not agree to these terms I intend

*Exhibit NPL #1*

*14*

to pursue you in Federal court for violations FDCPA, FCRA, Rosenthal and any individual names associated w/GRANT & WEBER if available who have also violated these laws on your behalf . I am giving you five days from receipt of this letter to take the opportunity to provide me with proof of your actions( i.e. a letter confirming your response, and a check for the required amount) Please inform me of your intentions immediately. If I do not hear from you I assure you that I will follow through with the actions listed above in full. Your refusal to respond will be taken as a tacit admission that you are in violation of the law and wish these issues to be adjudicated in Federal Court. I will entertain your settlement agreement. Barring lack of response from you in this matter we will proceed to the Federal Court to resolve it. Don't make the mistake of ignoring this!

I can be reached directly at 818-392-9731(cell) or via email at hoorahbars_10@yahoo.com.  This cell number is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

_____

Muntasir A. Shamsiddeen

(without Prejudice)

15

```
              USPS,Chandler Station
             NORTH HOLLYWOOD, California
                    916019998
                0501020301 -0097
09/05/2012        (818)506-3651        04:11:43 PM

                    Sales Receipt
                    Sale  Unit          Final
Product             Qty   Price         Price
Description
                                        $1.70
CALABASAS CA 91302
Zone-1 First-Class
Large Env
  4.40 oz.
Expected Delivery: Thu 09/06/12        $2.95
Certified
Label #:        70120470000041780182
                                       ========
                                        $4.65
    Issue PVI:
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CALABASAS CA 91302

| | | |
|---|---|---|
| Postage | $ | $1.70 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.65 |

Postmark Here — SEP 5 2017

09/05/2012

7012 0470 0000 4178 0182

Sent To _Grant C Weber_
Street, Apt. No.; or PO Box No. _26575 Agoura Rd_
City, State, ZIP+4 _CALABASAS  CA  91302_

See Reverse for Instructions

PS Form 3800, August 2006

*Exhibit NPL Receipt # 3*

Receipt for "notice"
of pending Lawsuit  '5 day reply'

16



Muntasir A. Shamsiddeen

4108 MARATHON STREET #307

LOS ANGELES, CA    90029


Date: 6/1/2012

GRANT & WEBER
26575 AGOURA RD
CALABASAS, CA 91302-1958

RE: Acct No. 87185****
$500.00

To Whom It May Concern:

I am formally requesting that you validate all tradeline notations you have submitted to Transunion, Experian, and Equifax for Muntasir A. Shamsiddeen, account number 87185****

Due to possible inaccuracies in these CRA reports, I must demand that the validation I hereby lawfully request be in the form of a notarized statement by a person with original knowledge of the debt as it was constituted and who can testify that the debt was incurred legally, was not utilized as a profit-loss tax deduction during the period it may have been payable, and was not claimed as a loss with any insuring entity during the period it may have been payable. 1) Identify the card holder agreement(s) that applied to the class of accounts that included the defendant's account. 2) Assembling the entire set of agreements that applied to the defendants account during the time period that it was open. 3) Identify the additional documents specifying the interest rate and fees terms applicable to the account. 4) Prove that the alleged agreements were actually offered to the defendant. Please be advised that I am not requesting a verification that you have my mailing address; rather, I am requesting validation, i.e., competent evidence that I had some contractual obligation sans consumer protection encumbrance which incurred the original claims associated with this tradeline. Note that section 1681s-2(b) of the Fair Credit Reporting Act creates a cause of action for a consumer against a furnisher of erroneous credit information (Nelson v. Chase Manhattan).

Please know that you have 30 days from the tracked and confirmed delivery of this lawful notice to either answer these demands or to remove the associated negative tradeline notations from the CRA reports. Any other action may constitute evidence of your intent to abridge one or more civil or other constitutional rights. Please be further advised that continued unsubstantiated

*Exhibit Validation Ltr #1*

*17*

reporting of possible inaccuracies to third parties may provide a basis for criminal complaints being filed in accordance with FDCPA, FCRA, and other federal statutes.

Muntasir A. Shamsiddeen

4108 MARATHON STREET #307

LOS ANGELES, CA   90029

I look forward to a timely and amicable resolution to this matter.

Sincerely yours,

Muntasir A. Shamsiddeen

18



Muntasir A. Shamsiddeen

4108 MARATHON STREET #307

LOS ANGELES, CA   90029

Date: 6/1/2012

GRANT & WEBER
26575 AGOURA RD
CALABASAS, CA 91302-1958

RE: Acct No. 82251****
$1,000.00

To Whom It May Concern:

I am formally requesting that you validate all tradeline notations you have submitted to Transunion, Experian, and Equifax for Muntasir A. Shamsiddeen, account number 82251****

Due to possible inaccuracies in these CRA reports, I must demand that the validation I hereby lawfully request be in the form of a notarized statement by a person with original knowledge of the debt as it was constituted and who can testify that the debt was incurred legally, was not utilized as a profit-loss tax deduction during the period it may have been payable, and was not claimed as a loss with any insuring entity during the period it may have been payable. 1) Identify the card holder agreement(s) that applied to the class of accounts that included the defendant's account. 2) Assembling the entire set of agreements that applied to the defendants account during the time period that it was open. 3) Identify the additional documents specifying the interest rate and fees terms applicable to the account. 4) Prove that the alleged agreements were actually offered to the defendant. Please be advised that I am not requesting a verification that you have my mailing address; rather, I am requesting validation, i.e., competent evidence that I had some contractual obligation sans consumer protection encumbrance which incurred the original claims associated with this tradeline. Note that section 1681s-2(b) of the Fair Credit Reporting Act creates a cause of action for a consumer against a furnisher of erroneous credit information (Nelson v. Chase Manhattan).

Please know that you have 30 days from the tracked and confirmed delivery of this lawful notice to either answer these demands or to remove the associated negative tradeline notations from the CRA reports. Any other action may constitute evidence of your intent to abridge one or more civil or other constitutional rights. Please be further advised that continued unsubstantiated

*Exhibit Validation Ltr # 2*

*19*

Exhibit Validation Receipt # 023

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**

- Certified Mail may ONLY be combined with First-Class Mail or Priority Mail.
- Certified Mail is not available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.

For an additional fee, a Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.

For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".

If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**
PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047



Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To _Glent o Waber_
Street, Apt No.; or PO Box No. _26575 Agoura Rd_
City, State, ZIP+4 _Calabasas, CA 91302-1958_

PS Form 3800, August 2006          See Reverse for Instructions

```
LOS ANGELE
Zone-1 fir
Large Env
1.40 oz.
Expected
Certifie
Label #:

Issue PV

SAINT CH
Zone-7 F
Letter
0.40 oz
Expecte
Certifi
Label #

     Issue PVI:                        $3.40

CALABASAS CA 91302                     $0.45
Zone-1 First-Class
Letter
0.50 oz.
Expected Delivery: Sat 07/28/12
Certified                             $2.95
Label #:      70112970000258062828
                                      ========
     Issue PVI:                        $3.40

WILMINGTON DE 19899                    $0.45
Zone-8 First-Class
```

1st Letters Receipt

# GRANT&WEBER

*"A Professional Collection Corporation"*

26575 W. AGOURA ROAD
CALABASAS, CA  91302
(818) 878-7700
(800) 333-1656
FAX (818) 878-7731

2893 SUNRISE BLVD., SUITE 210
RANCHO CORDOVA, CA 95742
(877) 661-1656
(916) 631-9040
FAX (916) 631-3631

August 1, 2012

Muntasir A. Shamsiddeen
5341 Arlington Ave.
Los Angeles, CA 90043

RE: Olympia Medical Center
Certified Mail: #7011 2970 0002 5806 2828
Client No.: #V00105218288
Our Account No.: #OLY932/008225156/034

| | |
|---|---|
| Principal: | $ 1000.00 |
| Interest: | $  155.55 |
| Balance Due: | $ 1155.55 |

Dear Muntasir Shamsiddeen:

This letter serves as confirmation that Grant & Weber has received your certified letter dated July 26, 2012.

Per your request, we have enclosed an Itemized Statement on account #V00105218288.  Your receipt of the enclosed Itemized Statement provides you with a validation of debt. Please note that the Itemized Statement only entails the principal balance of $1000.00 and not the accruing interest.

If you have any questions or concerns regarding this matter, please contact the undersigned.

Very truly yours,

GRANT & WEBER

*R. Mendoza*
R. Mendoza
(800) 333-1656 Ext. #7789

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

# GRANT & WEBER

P.O. Box 8669
Calabasas, CA 91372-8669

July 31, 2012

"A Professional Collection Corporation" (800)333-1656
(800) 333-1656

Re: OLYMPIA MEDICAL CENTER
Acct. No.: V00105218288
Our Acct. No.: 008225156
Principal:      $1,000.00
Interest:         $155.28
Balance Due:  $1,155.28

Address Service Requested

#BWNFTZF #GWW8880332112077#

|ılıiııılıl·|··ıllıll·ılıl·ıl·|·lıl·ı·ılıll·ı·ılıll··ıl·lıl

S33 - OLY932 / 008225156 / 002
MUNTASIR A SHAMSIDDEEN
5341 ARLINGTON AVE
LOS ANGELES CA 90043-2616

Send To:
Grant & Weber
PO BOX 8669
CALABASAS, CA 91372-8669

Ilıl··ııılıllıllıı·lıılıldılıllılıllıll·ılllıdıllılıılıll

·················⊱✂ **Cut Or Fold On Line & Return With Your Payment** ✂⊱·················

Dear Muntasir A Shamsiddeen:

Per your recent communication we have updated your credit report to show the collection account at Grant & Weber has been "disputed by the consumer".

Should you desire to discuss resolution of "the dispute" contact the undersigned.

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Grant & Weber may record any or all phone calls.

Very truly yours,

G R A N T   &   W E B E R

By:    S. PRICE
(800)333-1656

Choosing to pay by credit card shall be your agreement to also pay a $3.95 transaction fee which shall be added to the amount authorized above.

Please charge my:   ☐ VISA   ☐ MASTERCARD

For the Amount of $_____ (+ $3.95 transaction fee)

If you choose to pay by credit card, fold on the line above and return entire letter.

_____ - _____ - _____ - _____
Card Number

_____   ____/____   _____
Signature                Exp. Date   Security Code
                                     (3 digit code on the back of card)

OLY932 / 008225156 / 002

Grant & Weber ●26575 W Agoura Road ●Calabasas, CA  91302 ●(800)333-1656
Member of Experian

# GRANT & WEBER

P.O. Box 8669
Calabasas, CA 91372-8669

July 31, 2012

"A Professional Collection Corporation" (818)871-7796
(800) 333-1656

Address Service Requested

#BWNFTZF #GWW8880332612076#

S33 - OLY932 / 008718506 / 098
MUNTASIR A SHAMSIDDEEN
5341 ARLINGTON AVE
LOS ANGELES CA 90043-2616

Re: OLYMPIA MEDICAL CENTER
Acct. No.: V00105206310
Our Acct. No.: 008718506
Principal:        $500.00
Interest:          $92.24
Balance Due:    $592.24

Send To:
Grant & Weber
PO BOX 8669
CALABASAS, CA 91372-8669

- - - - - - - - - - - - - - - - - - - - ✂ Cut Or Fold On Line & Return With Your Payment ✂ - - - - - - - - - - - - - - - - - - - -

Dear Muntasir A Shamsiddeen:

Per your recent communication we have updated your credit report to show the collection account at Grant & Weber has been "disputed by the consumer".

Should you desire to discuss resolution of "the dispute" contact the undersigned.

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Grant & Weber may record any or all phone calls.

Very truly yours,

G R A N T   &   W E B E R

By:     J. RAMOS
        (818)871-7796

Choosing to pay by credit card shall be your agreement to also pay a $3.95 transaction fee which shall be added to the amount authorized above.

Please charge my:     ☐ VISA     ☐ MASTERCARD

For the Amount of $_____ (+ $3.95 transaction fee)

____ - _____ - _____ - _____
Card Number

If you choose to pay by credit card, fold on the line above and return entire letter.

_____     ____/____     _____
Signature                                Exp. Date      Security Code
                                                        (3 digit code on the back of card)
OLY932 / 008718506 / 098

Grant & Weber ●26575 W Agoura Road ●Calabasas, CA 91302 ●(818)871-7796
Member of Experian



MUNTASIR A. SHAMSIDDEEN
4108 MARATHON STREET # 307
LOS ANGELES, CA 90029

GRANT & WEBER
26575 AGOURA ROAD
CALABASAS, CA 91302-1958

Re: Acct # 008225156****
Re: amount: 1,000.00

Date: AUGUST 25, 2012

Re: Acct # 008225156****

To Whom It May Concern:

I have previously sent you a request to validate my debt, account number 008225156**** dated June 01, 2012 and resent certified mail on July 26, 2012. Under the Fair Debt Collections Practices Act (FDCPA), I have the right to request validation of the debt you say I owe you. I have given you 30 days to remedy the situation, which is a very reasonable period. I have received no reply from you, though I did receive confirmation via mail that you did receive my letter on July 28, 2012.

Since you are still reporting this account on my credit report, you are now in violation of the FCPDA, and are now subject to fines of $1000, which I may collect from you by filing a claim in Federal court. I intend to follow through with the suit if I do not hear back from you within 10 days.

You should also be aware that reporting such invalidated information to major credit bureaus might constitute defamation of character, as the negative marks on my credit report harm my credit and prevent me from enjoying all the benefits of good credit. I'm sure your legal staff will agree that non-compliance with this request could put your company in serious legal trouble with the FTC and other state or federal agencies.

I look forward to hearing from you,

MUNTASIR A. SHAMSIDDEEN
(Without Prejudice)

4108 MARATHON STREET #307
LOS ANGELES, CA   90029

24

COPY

MUNTASIR A. SHAMSIDDEEN
4108 MARATHON STREET # 307
LOS ANGELES, CA 90029

**GRANT & WEBER**
26575 AGOURA ROAD
CALABASAS, CA 91302-1958

Re: Acct # 008718506****
Re: amount: $ 500.00

Date: AUGUST 25, 2012

Re: Acct # 008718506****

To Whom It May Concern:

I have previously sent you a request to validate my debt, account number 008718506**** dated June 01, 2012 and resent certified mail on July 26, 2012. Under the Fair Debt Collections Practices Act (FDCPA), I have the right to request validation of the debt you say I owe you. I have given you 30 days to remedy the situation, which is a very reasonable period. I have received no reply from you, though I did receive confirmation via mail that you did receive my letter on July 28, 2012.

Since you are still reporting this account on my credit report, you are now in violation of the FCPDA, and are now subject to fines of $1000, which I may collect from you by filing a claim in Federal court. I intend to follow through with the suit if I do not hear back from you within 10 days.

You should also be aware that reporting such invalidated information to major credit bureaus might constitute defamation of character, as the negative marks on my credit report harm my credit and prevent me from enjoying all the benefits of good credit. I'm sure your legal staff will agree that non-compliance with this request could put your company in serious legal trouble with the FTC and other state or federal agencies.

I look forward to hearing from you,

MUNTASIR A. SHAMSIDDEEN
(Without Prejudice)

4108 MARATHON STREET #307
LOS ANGELES, CA   90029

25

*Exhibit Violation Letter #7*

*Receipt #7*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
**(Domestic Mail Only; No Insurance Coverage**

For delivery information visit our website at www.

**OFFICIAL U**

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40 |

Sent To **Grant' Weber**
Street, Apt. No.; or PO Box No. **26575 Agoura**
City, State, ZIP+4 **Calabasas CA**

PS Form 3800, August 2006

---

Certified
Label #: 70120470000179423005
                                    =========
Issue PVI:                          $3.40

                                    $0.45
CALABASAS CA 91302  2
Zone-1 First-Class
Letter
0.30 oz.
Expected Delivery: Thu 08/30/12     $2.95
Certified
Label #: 70120470000179422992
                                    =========
Issue PVI:                          $3.40

                                    $0.45
CALABASAS CA 91302  2
Zone-1 First-Class
Letter
0.30 oz.
Expected Delivery: Thu 08/30/12     $2.95
Certified
Label #: 70120470000179422985
                                    =========
                                    $3.40
Issue PVI:
                                    $0.45
MADISON WI 53713 Zone-7
First-Class Letter

*2nd Letters*

2nd Letters

Exhibit Valodation Ltr "2"

Receipt # 8

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CALABASAS CA 91302

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45 | 0027 |
| Certified Fee | | $2.95 | 09 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.40 | 08/28/2012 |

Sent To   *Grant & Weber*
Street, Apt. No.;
or PO Box No.   *26575 Agoura Rd*
City, State, ZIP+4   *Calabasas Ca   91302-1918*

PS Form 3800, August 2006                    See Reverse for Instructions

7012 0470 0001 7942 2985

| | |
|---|---|
| | $3.40 |
| CALABASAS CA 91302   2 | |
| Zone-1 First-Class | $0.45 |
| Letter | |
| 0.30 oz. | |
| Expected Delivery: Thu 08/30/12 | |
| Certified | |
| Label #: | $2.95 |
| 70120470000179422992 | |
| Issue PVI: | ======== |
| | $3.40 |
| CALABASAS CA 91302   2 | |
| Zone-1 First-Class | $0.45 |
| Letter | |
| 0.30 oz. | |
| Expected Delivery: Thu 08/30/12 | |
| Certified | |
| Label #: | $2.95 |
| 70120470000179422985 | |
| Issue PVI: | ======== |
| | $3.40 |
| MADISON WI 53713 Zone-7 | |
| First-Class Letter | $0.45 |

27.



**Experian**
A world of insight

| Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Get Credit Monitor | Get Credit Score |
|---|---|---|---|---|---|---|---|---|

# Potentially Negative Items or Items for Further Review

❓ What does potentially negative or items for further review mean?

❓ What if I feel there is an error?

❓ What if I think listed accounts are duplicates?

Experian credit report prepared for
**MUNTASIR A SHAMSIDDEEN**

Your report number is
**2476-6894-28**

Report date: **September 02, 2012**

**Credit Report Toolkit:**
Print your report
Credit Education
Know your rights
Credit Fraud Center

**Item Detail**

[Dispute this item »]

GRANT & WEBER

**Address:**
26575 WEST AGOURA ROAD
CALABASAS, CA 91302
(818) 878-7700

**Account Number:**
008718506

**Original Creditor:**
OLYMPIA MEDICAL CENTER

**Address Identification Number:**   0205938065

**Status:**
Collection account. $500 past due as of Aug 2012.

**Status Details:**
This account is scheduled to continue on record until Jun 2017.
This item remained unchanged from our processing of your dispute in Jul 2012.

**Date Opened:**
01/2012

**Date of Status:**
03/2012

**Reported Since:**
03/2012

**Last Reported Date:**
08/2012

**Type:**
Collection

**Terms:**
1 Months

**Monthly Payment:**
$0

**Responsibility:**
Individual

**Credit Limit:**
$500

**High Balance:**
N/A

**Recent Balance:**
$500

**Recent Payment:**
$0

**Payment history legend**

| | | |
|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |

---

*Sidebar ads:*

Are you at risk for **IDENTITY THEFT?**
**Low-Risk**
Help reduce your risk with ProtectMyID™ from Experian®
[Get Protected ⊛]
with enrollment in PMID
⊞ Experian™

Add Triple Alert℠ Credit Monitoring for only $4.95 per month!

Get the Score! Add your Credit Score for only $7.95

*Handwritten left margin:* Exhibit Credit Rpt # 10

*Handwritten bottom right:* 28

| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

**Payment History:**

**2012**

| AUG | JUL | JUN | MAY | APR | MAR |
|-----|-----|-----|-----|-----|-----|
| C | ND | ND | ND | ND | C |

**Account History:**
Collection as of Aug 2012, Mar 2012

**Your Statement:**
Account information disputed by consumer (Meets requirement of the
Fair Credit Reporting Act).

Add a statement >>

©Experian 2012. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

Exhibit Credit Rpt # 11

29.



**Experian™**
A world of insight

## Potentially Negative Items or Items for Further Review

? What does potentially negative or items for further review mean?

? What if I feel there is an error?

? What if I think listed accounts are duplicates?

Experian credit report prepared for
**MUNTASIR A SHAMSIDDEEN**

Your report number is
**2476-6894-28**

Report date: **September 02, 2012**

**Credit Report Toolkit:**
Print your report
Credit Education
Know your rights
Credit Fraud Center

**Item Detail**

**Dispute this item >>**

GRANT & WEBER

**Address:**
26575 WEST AGOURA ROAD
CALABASAS, CA 91302
(818) 878-7700

**Account Number:**
008225156

**Original Creditor:**
OLYMPIA MEDICAL CENTER

**Address Identification Number:** 0205938065

**Status:**
Collection account. $1,000 past due as of Aug 2012.

**Status Details:**
This account is scheduled to continue on record until Oct 2017.
This item remained unchanged from our processing of your dispute in Jul 2012.

| | | |
|---|---|---|
| **Date Opened:** 06/2011 | **Type:** Collection | **Credit Limit:** $1,000 |
| **Date of Status:** 10/2011 | **Terms:** 1 Months | **High Balance:** N/A |
| **Reported Since:** 10/2011 | **Monthly Payment:** $0 | **Recent Balance:** $1,000 |
| **Last Reported Date:** 08/2012 | **Responsibility:** Individual | **Recent Payment:** $0 |

**Are you at risk for IDENTITY THEFT?**
Medium-Risk
Help reduce your risk with **ProtectMyID™** from Experian®
**Get Protected ⦿**
with enrollment in PMID
Experian™

**Add Triple Alert℠ Credit Monitoring** for only $4.95 per month!

**Get the Score!** Add your Credit Score for only $7.95

### Payment history legend
| | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |

30.

| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | I | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

**Payment History:**

| 2012 | | | | | | | | 2011 | | |
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| C | ND | ND | ND | ND | ND | ND | ND | ND | ND | C |

**Account History:**

Collection as of Aug 2012, Oct 2011

**Your Statement:**

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

**Add a statement >>**

©Experian 2012. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

*Exhibit Credit Rpt # 13*

Saban
Free Clinic

## TSFC ADULT EPISODIC EXAM FORM (>26yo)

Age: 58  Lang: Eng   Smoking: Nev /Prev/Curr   Etoh: Nev /Prev/Curr   Drugs: Nev /Prev/Curr

BP: 159/157  P: 68  R: 16  Temp: 98.2  Ht: 6'  Wt: 243.4  BMI: 33 %  Allergies: Ø  PPD: 2001

LMP: ⊘  BCM: Condom   Unprotected intercourse? Y/N   Pregnancy Desired? Y/N   ☐BC education provided

CC: Regular V up

Sig: Mariana   MA/Volunteer/RN/LVN

Meds:

HPI: Pt here for physical exam & evaluation of blood pressure. Diagnosed with HTN in 2012. Stopped taking HCTZ. Was trying to control, flush diet. No Prescriptive pcp at this time.

### EXAM

| | | | |
|---|---|---|---|
| Const | NAD | Musculoskeletal | full ROM, no platma not tender |
| HEENT | WNL, no thyromegaly | Skin | WNL |
| CV | RRR | GU (external genitalia) | |
| Lungs | CTA | Pelvic (cervix, bimanual) | |
| Chest (breasts) | | Rectal | |
| GI (abdomen) | obese, no hepatodr. | Neuro | CN II-XII intact |
| Lymph | no lymphadenopathy | Psych | normal behavior appropriate |

A/P: A: HTN
P: ① Lisinopril 20mg QAM (#30)
② HCTZ 25mg QAM (#30)
③ CMP, TSH, HbA1C, PSA ordered
④ Encourage low sodium diet
⑤ Encourage daily exercise
⑥ RTC in 2 wks for f/u, recheck exam
⑦ review of result

☑ Medical Hx form reviewed/updated
☐ Lab results discussed
☑ Health education/counseling done
☑ R/B/A of medications discussed
☐ HM: See Adult Flow Sheet

**Family Planning/STI**
☐ Current BCM: (Condom)
  Desired BCM:
☐ Safe Sex Ed provided
☐ STI screening done
☐ Preconception counseling

Doctor exhibit #1

08/15/2012   PN: 364440   1428747
SHAMSIDDEEN, MUNTASIR   04/27/1954
5341 ARLINGTON AVE
LOS ANGELES CA 90043
213-273-4041 SSN #: Y
GREEN, GRETA 01:45pm
         UNKNOWN
GEN: M LANG: E   ALLERG: NKDA

Pending   FCL 309

_____
Clinician Signature

_____
Name/Stamp

32

© 2009 Quest Diagnostics Incorporated. All rights reserved. S12K - 149T/0

Report Status: Final

**SHAMSIDDEEN, MUNTASIR**

*(1/3) no flag*

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SHAMSIDDEEN, MUNTASIR**<br><br>**DOB: 04/27/1954   AGE: 58**<br>Gender:   M<br>Phone:    213.273.4041<br>Patient ID: 364440 | Specimen:   EN882139A<br>Requisition:  0019020<br><br>Collected:   08/15/2012<br>Received:    08/16/2012 / 00:25 PDT<br>Reported:    08/16/2012 / 14:59 PDT | Client #: 76070379    MAIL0000<br>PARTOVI, SUSAN M<br>CC-THE SABAN FREE CLINIC<br>Attn: HOLLYWOOD CENTER<br>6043 HOLLYWOOD BLVD<br>LOS ANGELES, CA 90028-5411 |

**COMMENTS:**   NP GREEN, GRETA

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| CHOLESTEROL, TOTAL | 189 | | 125-200 mg/dL | EN |
| HDL CHOLESTEROL | 55 | | > OR = 40 mg/dL | EN |
| TRIGLYCERIDES | 85 | | <150 mg/dL | EN |
| LDL-CHOLESTEROL | 117 | | <130 mg/dL (calc) | EN |

Desirable range <100 mg/dL for patients with CHD or
diabetes and <70 mg/dL for diabetic patients with
known heart disease.

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 3.4 | | < OR = 5.0 (calc) | EN |
| NON-HDL CHOLESTEROL | 134 | | mg/dL (calc) | EN |

Target for non-HDL cholesterol is 30 mg/dL higher than
LDL cholesterol target.

| | | | | |
|---|---|---|---|---|
| | | | | EN |
| COMPREHENSIVE METABOLIC<br>PANEL | | | | |
| GLUCOSE | | **110 H** | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 12 | | 7-25 mg/dL | |
| CREATININE | 1.18 | | 0.70-1.33 mg/dL | |

For patients >49 years of age, the reference limit
for Creatinine is approximately 13% higher for people
identified as African-American.

| | | | | |
|---|---|---|---|---|
| eGFR NON-AFR. AMERICAN | 68 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 78 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.8 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 103 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 26 | | 21-33 mmol/L | |
| CALCIUM | | **10.8 H** | 8.6-10.3 mg/dL | |
| PROTEIN, TOTAL | 7.2 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.9 | | 2.1-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.5 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.9 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 101 | | 40-115 U/L | |
| AST | 28 | | 10-35 U/L | |
| ALT | 26 | | 9-60 U/L | |
| HEMOGLOBIN A1c | | **6.2 H** | <5.7 % of total Hgb | EN |

Higher risk of diabetes
<5.7          Decreased risk of diabetes
5.7-6.0       Increased risk of diabetes
6.1-6.4       Higher risk of diabetes
> or = 6.5    Consistent with diabetes

Standards of Medical Care in Diabetes-2010.

*Doctor exhibit #2*

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

33-

© 2009 Quest Diagnostics Incorporated. All rights reserved. 5J2K – H9700.

Quest
Diagnostics

**Report Status: Final**

**SHAMSIDDEEN, MUNTASIR**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SHAMSIDDEEN, MUNTASIR** | Specimen:  EN882139A | Client #: 76070379 |
| | Collected:  08/15/2012 | PARTOVI, SUSAN M |
| **DOB: 04/27/1954   AGE: 58** | Received:  08/16/2012 / 00:25 PDT | |
| Gender:  M | Reported:  08/16/2012 / 14:59 PDT | |
| Patient ID: 364440 | | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| Diabetes Care, 33(Supp 1): S1-S61,2010. | | | | |
| TSH | 2.19 | | 0.40-4.50 mIU/L | EN |
| CBC (INCLUDES DIFF/PLT) | | | | EN |
|   WHITE BLOOD CELL COUNT | 6.0 | | 3.8-10.8 Thousand/uL | |
|   RED BLOOD CELL COUNT | 4.22 | | 4.20-5.80 Million/uL | |
|   HEMOGLOBIN | 14.3 | | 13.2-17.1 g/dL | |
|   HEMATOCRIT | 42.9 | | 38.5-50.0 % | |
|   **MCV** | | 101.7 H | 80.0-100.0 fL | |
|   **MCH** | | 33.8 H | 27.0-33.0 pg | |
|   MCHC | 33.3 | | 32.0-36.0 g/dL | |
|   RDW | 12.4 | | 11.0-15.0 % | |
|   PLATELET COUNT | 157 | | 140-400 Thousand/uL | |
|   ABSOLUTE NEUTROPHILS | 3006 | | 1500-7800 cells/uL | |
|   ABSOLUTE LYMPHOCYTES | 2280 | | 850-3900 cells/uL | |
|   ABSOLUTE MONOCYTES | 414 | | 200-950 cells/uL | |
|   ABSOLUTE EOSINOPHILS | 288 | | 15-500 cells/uL | |
|   ABSOLUTE BASOPHILS | 12 | | 0-200 cells/uL | |
|   NEUTROPHILS | 50.1 | | % | |
|   LYMPHOCYTES | 38.0 | | % | |
|   MONOCYTES | 6.9 | | % | |
|   EOSINOPHILS | 4.8 | | % | |
|   BASOPHILS | 0.2 | | % | |
| PSA, TOTAL | 0.6 | | < OR = 4.0 ng/mL | EN |

> This test was performed using the Siemens
> chemiluminescent method. Values obtained from
> different assay methods cannot be used
> interchangeably. PSA levels, regardless of
> value, should not be interpreted as absolute
> evidence of the presence or absence of disease.

**PERFORMING SITE:**

EN   QUEST DIAGNOSTICS-WEST HILLS. 8401 FALLBROOK AVENUE. WEST HILLS. CA 91304-3226 Laboratory Director: LEE H. HILBORNE, MD, CLIA: 05D0642827

✓ Rev. by Dr NP _66_

Comment:_____

Pt. Called Y/N

Date:_____ _8-21-2012_

**The Saban Free Clinic**
**Lab Dept.**
**Date Received:** _8-17-12_

Printed by Care360 AutoReceive on 08/17/12 at 09:00am.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

34.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John Kronstadt and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

## CV12- 7834 JAK (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:

*Muntasir A Shamsioddeen*
*P.O. Box 561293*
*Los Angeles CA 90056*
*310 712 5449*

**FOR OFFICE USE ONLY**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| *Muntasir A Shamsioddeen* **PLAINTIFF(S)** *an individual* v. | **CV12-7834**-JAK (SSx) |
| *GRANT & WEBER* **DEFENDANT(S).** *Collection Corporation; and Does 1 through 10 inclusive,* | **SUMMONS** |

TO:     DEFENDANT(S):    *GRANT & WEBER* **FOR OFFICE USE ONLY**

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, *Muntasir A Shamsioddeen*, whose address is *P.O. Box 561293  Los Angeles, CA   90056*. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:     SEP 2 5 2012

By: _____ ANN M. MARTINEZ _____
Deputy Clerk

(Seal of the Court)     1197

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**FOR OFFICE USE ONLY**

CV-01A (10/11)     **SUMMONS**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☒) | DEFENDANTS |
|---|---|
| *Muntasir A. Shamsiddeen* | *GRANT & WEBER* |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| *Muntasir A. Shamsiddeen*  P.O. Box 561293  Los Angeles, CA 90056  310 712 5449 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No  ☒ **MONEY DEMANDED IN COMPLAINT: $** *40,000*

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
*FDCPA - 1692 et seq.   FCRA - 1681 et seq.   Rosenthal - 1788. et seq.*

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**  Case Number:  **CV12-7834**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Calabasas, California |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Morteza A. Shomiroopa_ Date _9/12/2012_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |