# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV12-07834 JAK (SSx) | Date | September 9, 2013 |
|---|---|---|---|
| Title | Muntasir A. Shamsiddeen v. Grant and Weber, et al. | | |

Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Lloyd Dix |

**Proceedings:**      **FINAL PRETRIAL CONFERENCE**

**DEFENDANT'S EX PARTE APPPLICAITON TO VACATE ALL HEARING DATES AND SETTING ORDER T SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED WITH PREJUDICE AND FOR SANCTIONS (DKT. 25)**

**JS-6**

The hearing on Defendant's Ex Parte Application is held. Plaintiff was ordered to file a declaration and make an appearance today, both of which he has failed to do. Dkt. 26. The Court states the history of the case and Plaintiff's continued failure to comply with the Court's Orders. The Court orders the case dismissed with prejudice for Plaintiff's failure to follow the Court's Orders and continued failure to appear.

Defense counsel requests attorney's fees to be imposed. The Court directs counsel to file the appropriate motion.

The Final Pretrial Conference, September 20, 2013 Exhibit Conference and September 24, 2013 Trial are vacated.


**IT IS SO ORDERED.**

|  | : | 03 |
|---|---|---|
| Initials of Preparer | ak | |